# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : : | |
| *Cases Listed in Exhibit A* | : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## ORDER

Plaintiffs on the attached Exhibit A filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*. These Plaintiffs have enrolled in the Xarelto settlement program, and all parties have consented to dismissal of their cases with prejudice. Accordingly, pursuant to the consent of the parties,

**IT IS HEREBY ORDERED** that the cases of Plaintiffs listed in Exhibit A are **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs.

Pursuant to Pretrial Order No. 11B, Plaintiffs' counsel or pro se Plaintiffs will be responsible for payment of any unpaid filing fees.

New Orleans, Louisiana, on this 7th day of May, 2020.

*[signature: Eldon E. Fallon]*

United States District Judge